**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Carlos Rene MACHUCA, Defendant–
Appellant.**

No. 08–50818
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

David Glenn Rogers, Fivecoat & Rogers, Midland, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Carlos Rene Machuca appeals the sentence imposed following his jury convictions for conspiracy to commit bank fraud, aiding and abetting bank fraud, money laundering, and aiding and abetting identity theft. Machuca argues that a U.S.S.G. § 3C1.1 enhancement for perjury unconstitutionally infringes on a defendant's right to testify on his own behalf in a criminal proceeding because the Government may prove the enhancement by only a preponderance of the evidence. This argument is foreclosed. *See United States v. Dunnigan*, 507 U.S. 87, 96–97, 113 S.Ct. 1111, 122 L.Ed.2d 445 (1993); *United States v.*

*Gourley*, 168 F.3d 165, 171 n. 10 (5th Cir. 1999).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.